No. 17–0153/AR. United States, Appellant v. Edward J. Mitchell, II Appellee. CCA 20150776. Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, and a supporting brief under Rule 22, together with a motion to stay trial proceedings were filed on this date on the following issues:

I. WHETHER THE FIFTH AMENDMENT'S SELF–INCRIMINATION CLAUSE IS VIOLATED WHEN A SUSPECT VOLUNTARILY UN-LOCKS HIS PHONE WITHOUT GIVING HIS PERSONAL IDENTIFI-CATION NUMBER TO INVESTIGATORS.

II. WHETHER THE *EDWARDS* RULE IS VIOLATED WHEN INVESTI-GATORS ASK A SUSPECT, WHO HAS REQUESTED COUNSEL AND RETURNED TO HIS PLACE OF DUTY, TO UNLOCK HIS PHONE INCIDENT TO A VALID SEARCH AUTHORIZATION.

III. WHETHER, ASSUMING INVESTIGATORS VIOLATED APPEL-LANT'S FIFTH AMENDMENT PRIVILEGE OR THE *EDWARDS* RULE, THE MILITARY JUDGE ERRED BY SUPPRESSING THE EVIDENCE.

No. 16–0745/AR. U.S. v. Andrew D. Griffith. CCA 20150195. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSION OF JUDGE CELT-NIEKS AND JUDGE BURTON.

II. WHETHER, AS APPOINTED JUDGES OF THE CMCR, JUDGE CELTNIEKS AND JUDGE BURTON DID NOT MEET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGES.

III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL IT-SELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0028/CG. U.S. v. Shane E. Reese. CCA 1422. On consideration of the petition for grant of review of the decision of the United States Coast Guard Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER THE MILITARY JUDGE ERRED IN ALLOWING THE GOVERNMENT TO MAKE A MAJOR CHANGE TO A SPECIFICA-TION AFTER THE COMPLAINING WITNESS'S TESTIMONY DID NOT SUPPORT THE OFFENSE AS ORIGINALLY CHARGED.

II. WHETHER THE SPECIFICATION OF THE ADDITIONAL CHARGE FAILS TO STATE AN OFFENSE WHERE THE TERMINAL ELE-

MENT FAILED TO ALLEGE WORDS OF CRIMINALITY AND WHERE THE ALLEGED CONDUCT FELL WITHIN A LISTED OFFENSE OF ARTICLE 134, UCMJ.

Briefs will be filed under Rule 25.

No. 17–0048/AR. U.S. v. David J. Dorris. CCA 20140185. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue specified by the Court:

WHETHER JUDGE HERRING, A JUDGE ON THE COURT OF MILITARY COMMISSION REVIEW, WAS STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF HE WAS STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER HIS SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN HIS NEWLY ATTAINED STATUS AS A SUPERIOR OFFICER.

No briefs will be filed under Rule 25.

No. 17–0093/AR. U.S. v. Michael B. O'Connor. CCA 20130853. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER THE APPOINTMENT OF JUDGES PAULETTE V. BURTON AND JAMES W. HERRING AS CMCR JUDGES MEANT THAT THEY NO LONGER MET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGE.

II. WHETHER THE ASSIGNMENT OF INFERIOR AND PRINCIPAL OFFICERS TO A SINGLE TRIBUNAL VIOLATED THE APPOINTMENTS CLAUSE OF THE CONSTITUTION.

No briefs will be filed under Rule 25.

Friday, December 23, 2016

No. 16–0705/AR. U.S. v. Sean R. Erikson. CCA 20150130. On consideration of Appellee's motion to file a supplemental joint appendix and Appellant's motion extend time to file a reply brief, it is ordered that Appellee's motion to file a supplemental joint appendix is hereby granted, and Appellant's motion to extend time to file a reply brief is granted to January 6, 2017.